UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID A. VANCE, | CASE NO. EDCV 04-1515 JST (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 3-18-11

                                  JOSPEHINE STATON TUCKER
                                  JOSEPHINE STATON TUCKER
                                    United States District Judge